| | |
|---|---|
| 1 | **ROBERT JOHN GIBBONS, ESQ.  (SBN: 314653)**<br>**UNION PACIFIC RAILROAD COMPANY**<br>**Law Department**<br>13181 Crossroads Pkwy North, Suite 500<br>City of Industry, CA 91746<br>Telephone:    (562) 566-4630<br>Facsimile:     (402) 997-3230<br>E-Mail:          rgibbon@up.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | | |
|---|---|---|
| TIM C. CLEMENS,        Plaintiff,     vs.  UNION PACIFIC RAILROAD COMPANY, a corporation,        Defendant. | | Case No.:  2:18: CV-00084 JAM AC  **JOINT STIPULATION TO EXTEND TRIAL DATE, EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES**  [Filed Concurrently with Proposed Order] |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Union Pacific Railroad Company and Plaintiff Tim C. Clemens., through their respective counsel of record, that the following dates set forth in the Court's March 23, 2018 Status (Pretrial Scheduling) Order be extended, as follows:

THE PARTIES STIPULATE AND AGREE to extend the trial date to October 7, 2019.

THE PARTIES STIPULATE AND AGREE that the dispositive motion filing deadline will be June 18, 2019 with a hearing date of July 16, 2019.

THE PARTIES STIPULATE AND AGREE that the joint pretrial statement will be filed/served on August 23, 2019 and pretrial conference will be held on August 30, 2019 at 10:00 a.m.

1

**JOINT STIPULATION TO EXTEND TRIAL DATE, EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES**

THE PARTIES STIPULATE AND AGREE to extend the date of the exchange of expert designations and written reports from November 16, 2018 to February 22, 2019. The parties further agree that supplemental expert designations and written reports shall be extended from November 30, 2018 to March 8, 2019.

THE PARTIES FURTHER STIPULATE AND AGREE that the date for completion of discovery, including expert discovery, shall be extended from January 18, 2019 to May 3, 2019, pursuant to the description of "completed" as set forth in the Court's March 23, 2018 Status (Pretrial Scheduling) Order, as follows:

IV. DISCOVERY

…In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court.

IT IS SO STIPULATED.

Dated: September __, 2018         HILDEBRAND, McLEOD & NELSON

                                  By: _____
                                      ANTHONY S. PETRU
                                      State Bar No. 91399
                                      CAROLE BOSCH
                                      State Bar No. 239790
                                      Attorneys for Plaintiff Tim C. Clemens

DATED: September 5, 2018          UNION PACIFIC RAILROAD COMPANY

                                  By: _____
                                      ROBERT J. GIBBONS
                                      State Bar No. 314653
                                      Attorneys for Defendant
                                      UNION PACIFIC RAILROAD COMPANY

2

**JOINT STIPULATION TO EXTEND TRIAL DATE, EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES**

## ORDER

The Court having reviewed the stipulation submitted by the parties, hereby orders:

The trial date shall be extended from June 3, 2019 to October 7, 2019.

The dispositive motion filing deadline will be June 18, 2019 with a hearing date of July 16, 2019.

The joint pretrial statement will be filed/served on August 23, 2019 and pretrial conference will be held on August 30, 2019 at 10:00 a.m.

The date of the exchange of expert designations and written reports shall be extended from November 16, 2018 to February 22, 2019.

The date for supplemental expert designations and written reports shall be extended from November 30, 2018 to March 8, 2019.

The date for completion of discovery, including expert discovery, shall be extended from January 18, 2019 to May 3, 2019.

IT IS SO ORDERED.

Dated: 9/5/2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED ORDER] ISO JOINT STIPULATION TO EXTEND TRIAL DATE, EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES**