**ROBERT JOHN GIBBONS, ESQ.** (SBN: 314653)
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
13181 Crossroads Pkwy North, Suite 500
City of Industry, CA 91746
Telephone: (562) 566-4630
Facsimile: (402) 997-3230
E-Mail: rgibbon@up.com

**THOMAS A HAYDEN** (*PRO HAC VICE*)
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
101 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 777-2011
Facsimile: (877) 213-4433
E-Mail: tahayden@up.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>　　　　　Defendant. | Case No.: 2:18: CV-00084 JAM AC<br><br>**JOINT STIPULATION TO EXTEND EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Union Pacific Railroad Company and Plaintiff Tim C. Clemens., through their respective counsel of record, that the following dates set forth in the Court's Signed Proposed Order of Joint Stipulation to Extend Trial Date, Exchange of Witness Information and Reports and Discovery Cut-Off Dates (Document 11 Filed 09/05/18) dated September 5, 2018 ("PO") as follows:

　　　　THE PARTIES STIPULATE AND AGREE to extend the date of the exchange of expert designations and written reports from February 22, 2019 to March 22, 2019. The parties further agree

1

that supplemental expert designations and written reports shall be extended from March 8, 2019 to April 8, 2019.

THE PARTIES FURTHER STIPULATE AND AGREE that the date for completion of discovery, including expert discovery, shall be extended from May 3, 2019 to June 3, 2019, pursuant to the description of "completed" as set forth in the Court's PO, as follows:

IV. DISCOVERY

…In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court.

IT IS SO STIPULATED.

Dated: December 10, 2018      HILDEBRAND, McLEOD & NELSON

By: /s/ Carole Bosch
ANTHONY S. PETRU
State Bar No. 91399
CAROLE BOSCH
State Bar No. 239790
Attorneys for Plaintiff Tim C. Clemens

DATED: December 10, 2018      UNION PACIFIC RAILROAD COMPANY

By: /s/ Robert J. Gibbons
ROBERT J. GIBBONS
State Bar No. 314653
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

2
**JOINT STIPULATION TO EXTEND EXCHANGE OF WITNESS INFORMATION AND REPORTS AND DISCOVERY CUT-OFF DATES**

ORDER

The Court having reviewed the stipulation submitted by the parties, hereby orders:

The date of the exchange of expert designations and written reports shall be extended from February 22, 2019 to March 22, 2019.

The date for supplemental expert designations and written reports shall be extended from March 8, 2019 to April 8, 2019.

The date for completion of discovery, including expert discovery, shall be extended from May 3, 2019 to June 3, 2019.

IT IS SO ORDERED.

Dated: 12/10/2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE