Anthony S. Petru, Esq., CA State Bar No. 91399
Carole M. Bosch, Esq., CA State Bar No. 239790
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL:    (510) 451-6732
FAX:    (510) 465-7023

Attorneys for Plaintiff
TIM C. CLEMENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD, a corporation<br><br>    Defendants. | CASE NO. 2:18: CV-00084 JAM AC<br><br>**ORDER RE. JOINT STIPULATION RE. FILING OF FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Courtroom: 6, Hon. John A. Mendez<br>Complaint Filed: January 15, 2018<br>Trial Date: October 7, 2019<br><br>[Filed Concurrently with Joint Stipulation] |

Pursuant to the parties' Joint Stipulation for Filing of First Amended Complaint for Damages, Plaintiff may file the proposed First Amended Complaint. Defendant Union Pacific Railroad's Answer on file is a sufficient response to the proposed First Amended Complaint or, in the alternative, Defendant may file and serve an amended Answer within two weeks of this Order.

IT IS SO ORDERED.

Dated: January 18, 2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE