**ROBERT JOHN GIBBONS, ESQ.  (SBN: 314653)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
13181 Crossroads Pkwy North, Suite 500
City of Industry, CA 91746
Telephone:   (562) 566-4630
Facsimile:    (402) 997-3230
E-Mail:        rgibbon@up.com

**THOMAS A HAYDEN** (*PRO HAC VICE*)
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
101 North Wacker Drive
Chicago, IL 60606
E-Mail: tahayden@up.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>       Defendant. | Case No.:  2:18: CV-00084 JAM AC<br><br>**ORDER REGARDING STIPULATION PURSUANT TO FEDERAL RULE 35**<br><br>[Filed Concurrently with Joint Stipulation] |

   Pursuant to the parties' joint stipulation pursuant to Federal Rule 35 which was filed today [Document 19], Dr. Lifshutz is granted leave to conduct an IME consistent with the January 23, 2019 Stipulation submitted by the parties.

   IT IS ORDERED.
DATED:  January 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

_____