Anthony S. Petru, Esq., State Bar No. 91399
Carole M. Bosch, Esq., State Bar No. 239790
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
TIM C. CLEMENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation; <br><br> Defendant. | CASE NO. 2:18-CV-00084 JAM-AC <br><br> **AMENDED JOINT STIPULATION TO EXTEND DISCOVERY DATE** <br><br> [Filed Concurrently with Proposed Order] |

WHEREAS, on January 15, 2018, Plaintiff TIM C. CLEMENS filed his Complaint against Defendant UNION PACIFIC RAILROAD COMPANY under the Federal Employers Liability Act, "FELA," 45 U.S.C. §§ 51 et seq. (DKT 01.)

WHEREAS, on March 2, 2018, Defendant UNION PACIFIC RAILROAD COMPANY filed its answer and affirmative defenses. (DKT 06.)

WHEREAS, on March 22, 2018, the Court issued a Status (Pre-Trial Scheduling) Order. (DKT 9.)

WHEREAS, on December 10, 2018, the Court signed the Order granting the parties' Joint Stipulation to Extend Exchange of Witness Information and Reports and Discovery Cut-off Dates extending the discovery cut-off to June 3, 2019. (DKT 15.)

WHEREAS the parties completed fact discovery but require additional time to complete expert discovery.

Joint Stipulation to Extend Discovery Date
Page 1
CASE NO.: 2:18-CV-00084 JAM-AC

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

The parties, by and through their undersigned counsel, hereby stipulate and agree to extend all currently set deadlines as follows:

The date for completion of discovery, including expert discovery, shall be extended from June 3, 2019 to July 31, 2019.

The date for filing dispositive motions shall be extended from June 18, 2019 to August 13, 2019.

The date for hearing dipositive motions shall be heard on September 10, 2019 at 1:30 p.m..

The due date for joint pretrial statement shall be October 25, 2019.

The date for pretrial conference shall be extended from 10:00 a.m. on August 30, 2019 to 11:00 a.m. on November 1, 2019 at 11:00 a.m.

The trial date shall be extended from October 7, 2019 to December 9, 2019 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: May 13, 2019  HILDEBRAND, McLEOD & NELSON, LLP

By *s/Carole M. Bosch*
ANTHONY S. PETRU, ESQ.
CAROLE M. BOSCH, ESQ.
Attorneys for Plaintiff
TIM CLEMENS

DATED: May 13, 2019  UNION PACIFIC RAILROAD COMPANY

By *s/ Robert J. Gibbons*
ROBERT J. GIBBONS
State Bar No. 314653
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

Joint Stipulation to Extend Discovery Date
Page 2
CASE NO.: 2:18-CV-00084 JAM-AC

# **ORDER**

The Court, having reviewed the stipulation submitted by the parties, hereby orders:

The date for completion of discovery, including expert discovery, shall be extended from June 3, 2019 to July 31, 2019.

The date for filing dispositive motions shall be extended from June 18, 2019 to August 13, 2019.

The date for hearing dipositive motions shall be heard on September 10, 2019 at 1:30 p.m..

The due date for joint pretrial statement shall be October 25, 2019.

The date for pretrial conference shall be extended from 10:00 a.m. on August 30, 2019 to 11:00 a.m. on November 1, 2019 at 11:00 a.m.

The trial date shall be extended from October 7, 2019 to December 9, 2019 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  5/13/19                                  /s/ John A. Mendez_____
                                                 JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE