Anthony S. Petru, Esq., CA State Bar No. 91399
Carole M. Bosch, Esq., CA State Bar No. 239790
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL:    (510) 451-6732
FAX:    (510) 465-7023

Attorneys for Plaintiff
TIM C. CLEMENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD, a corporation<br><br>Defendants. | CASE NO. 2:18: CV-00084 JAM AC<br><br>**ORDER RE. JOINT STIPULATION TO EXTEND DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS**<br><br>Complaint Filed: January 15, 2018<br><br>[Filed Concurrently with Joint Stipulation] |

Pursuant to the parties' Joint to Extend the Deadline to File Settlement/Dismissal Documents, parties will be granted a thirty-one (31) day extension to file settlement/dismissal documents. Settlement/Dismissal documents will be due on February 3, 2020.

IT IS SO ORDERED.

DATED:   1/3/2020

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PROPOSED] ORDER RE. JOINT STIPULATION TO EXTEND DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS