Anthony S. Petru, Esq., State Bar No. 91399
Carole M. Bosch, Esq., State Bar No. 239790
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612-2600
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
TIM C. CLEMENS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TIM C. CLEMENS,<br><br>             Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>             Defendant. | Case No.:  2:18: CV-00084 JAM AC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

The parties to this action, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against Defendant, with each party to bear their own costs and attorney's fees.

SO STIPULATED.

Dated:  February 3, 2020                                  HILDEBRAND, McLEOD & NELSON, LLP

                                                                            */s/ Anthony S. Petru*

                                                              By:  _____
                                                                      ANTHONY S. PETRU, State Bar No. 91399
                                                                      CAROLE BOSCH, State Bar No. 239790
                                                                      Attorneys for Plaintiff TIM C. CLEMENS

///

DATED:  February 5, 2020		UNION PACIFIC RAILROAD COMPANY

*/s/ Robert J. Gibbons*

By: _____
ROBERT J. GIBBONS, State Bar No. 314653
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**ORDER**

The Stipulation is approved.  The entire action, including all claims stated herein against Defendant, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  February 5, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE